UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **MICHAEL SLATER,** | Case No. CV 08-3884-PSG(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| **JOHN F. SALAZAR,** | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is granted, and respondent is directed to release petitioner on parole within twenty-eight (28) days of the date of entry of judgment.

Dated: ____August 23, 2010_____

_____
Philip S. Gutierrez
United States District Judge